UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| COREY BILES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 5:17-cv-00281-MTT |
| CITY OF JACKSON, | ) |
| | ) |
|     Defendant. | ) JURY TRIAL DEMANDED |
| | ) |
| _____ | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Corey Biles and Defendant City of Jackson, by their attorneys and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that Plaintiff's claims against Defendant are dismissed with prejudice, with each party to bear its own costs and fees.

Dated: March 14, 2018

    Respectfully submitted,

    By: /s/   Andrew Weiner
    Andrew Weiner
    GA Bar No. 808278
    aw@atlantaemployeelawyer.com
    Jeffrey Sand
    GA Bar No. 181568
    js@atlantaemployeelawyer.com
    THE WEINER LAW FIRM LLC
    3525 Piedmont Rd., 7 Piedmont Ctr. 3rd Fl.
    Atlanta, GA  30305
    (404) 254-0842 (t)
    (866) 800-1482 (f)

    Counsel to Plaintiff

By: /s/   Tracy L. Glanton
R. Read Gignilliat
Tracy L. Glanton
Elarbee, Thompson, Sapp & Wilson LLP
800 International Tower
229 Peachtree St., NE
Atlanta, GA  30303
(404) 659-6700 (t)
(404) 222-9718 (f)
glanton@elarbeethompson.com
gignilli@elarbeethompson.com

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **COREY BILES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **Civil Action No. 5:17-cv-00281-MTT** |
| **CITY OF JACKSON,** | ) |
| | ) |
| **Defendant.** | ) **JURY TRIAL DEMANDED** |
| | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I certify that on March 14, 2018, I electronically filed the foregoing **Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record:

By: <u>*s/ Andrew Weiner*</u><br>
Counsel for Plaintiff